# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 7:23-MJ-1366 |
| ) | |
| Alex Dominique CARRILLO ) | |
| (2002/USC) ) | |
| ) | |
| *Defendant(s)* | |

United States Courts
Southern District of Texas
FILED

August 03, 2023

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 3, 2023  in the county of  Hidalgo  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with Intent to Distribute approximately 326.9 grams of fentanyl, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA L Garcia

/s/ Obong Nsentip
*Complainant's signature*

DEA SA Obong Nsentip
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date:  08/03/2023 @ 7:52 p.m.

*Judge's signature*

City and state:  McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

**Attachment A**

On August 3, 2023, Drug Enforcement Administration (DEA) Agents received information that Alex Dominique CARRILLO (hereinafter CARRILLO) was in possession of fentanyl pills.

On the same date, DEA agents conducted surveillance of CARRILLO's residence in Pharr, Texas. DEA agents observed CARRILLO exit his residence, enter a red Chevrolet Avalanche, and drive away. While maintaining constant surveillance, DEA agents observed CARRILLO's vehicle arrive at an office in McAllen, Texas. DEA agents then observed CARRILLO toss something out the driver's side window of his vehicle into a dumpster. DEA agents then observed CARRILLO park his vehicle within the office's parking lot for a short time then leave. Subsequently, a Texas Department of Public Safety (DPS) officer conducted a traffic stop of CARRILLO's vehicle. CARRILLO was identified as the driver and sole occupant of the vehicle.

While DPS conducted the traffic stop, DEA agents conducted a search of the dumpster that CARRILLO was observed tossing something into. The search revealed two (2) clear vacuum sealed plastic bags containing a large amount of the same round blue pills. Based on DEA agents training and experience the pills were suspected to be fentanyl pills. The total weight of the pills within both plastic bags were approximately 326.9 grams. The pills field tested positive for a mixture or substance with the properties of fentanyl.

DEA agents interviewed CARRILLO. After being read his Miranda Rights, CARRILLO admitted that he was in possession of the pills. CARRILLO stated he received the pills the night before and he kept them overnight at his residence. CARRILLO stated he was instructed to deliver the pills to another individual. CARRILLO stated he was in communication with the individual he was to deliver the pills to earlier in the day. CARRILLO stated he was suspicious that he was being set up. CARRILLO stated he tossed the pills into the dumpster.